IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:11CR283-GBL |
| | ) | |
| JUSTIN M. COLEMAN | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 28, 2011 at 9:00 a.m., in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia 22314, the United States will move the Court to sentence the defendant pursuant to Title 18, United States Code Section 3553(b)(2)(A)(i)and Section 5K2.0 of the United States Sentencing Guidelines.

Respectfully submitted,
Neil H. MacBride
United States Attorney

By: _____/s/_____
Gerald J. Smagala
Attorney for United States of America
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3813
Fax: 703-299-3981
Jerry.smagala@usdoj.gov

_____/s/_____
Maureen C. Cain
Attorney for United States of America
U.S. Attorney's Office

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Notice of the United States was served electronically on this 21st day of October 2011, on:

Peter D. Greenspun, Esquire
3955 Chain Bridge Road, Second Floor
Fairfax, Virginia 22003
703-353-0100

                                                                        /s/
                                          Gerald J. Smagala
                                          Attorney for United States of America
                                          U.S. Attorney's Office
                                          Justin W. Williams U.S. Attorney's Building
                                          2100 Jamieson Avenue
                                          Alexandria, Virginia 22314
                                          703-299-3813
                                          Fax: 703-299-3981
                                          Jerry.smagala@usdoj.gov


                                                                        /s/
                                          Maureen C. Cain
                                          Attorney for United States of America
                                          U.S. Attorney's Office